# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131068

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

JEFFREY LLOYD GREENLEAF,
         Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131068
COA: 264280
Tuscola CC: 01-008258-FH

_____/

       On order of the Court, the application for leave to appeal the March 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

         Clerk

s1023